Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
TASFIYE HALINDE AHU TRANS DENIZCILIK
VE TICARET LIMITED SIRKETI



JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TASFIYE HALINDE AHU TRANS DENIZCILIK VE TICARET LIMITED SIRKETI,

    Plaintiff,

-against-

NATEUS VERZEKERINGEN f/k/a BELGAMAR BELGISCHE ZEEVERZEKERINGSMAATSCHAPPIJ N.V. a/k/a COMPANIE BELGE D'ASSURANCES MARITIMES S.A.,

    Defendant.

08 CV 2511

CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

---

  I, Michael J. Frevola, attorney for Plaintiff Tasfiye Halinde Ahu Trans Denizcilik ve Ticaret Limited Sirketi ("Ahu Trans") having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

  Ahu Trans is a privately owned company and none of its shares are owned by a company that is publicly traded.

Dated:   New York, New York
         March 12, 2008

HOLLAND & KNIGHT LLP

By: _____
Michael J. Frevola
Lissa D. Schaupp
195 Broadway
New York, NY 10007-3189
Tel:   (212) 513-3200
Fax:   (212) 385-9010

*Attorneys for Plaintiff*
*Tasfiye Halinde Ahu Trans Denizcilik*
*ve Ticaret Limited Sirketi*

# 5194615_v1