Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/5/08
```

ATTORNEYS FOR PLAINTIFF
TASFIYE HALINDE AHU TRANS DENIZCILIK
VE TICARET LIMITED SIRKETI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TASFIYE HALINDE AHU TRANS DENIZCILIK VE
TICARET LIMITED SIRKETI,

          Plaintiff,

-against-

NATEUS VERZEKERINGEN f/k/a BELGAMAR
BELGISCHE ZEEVERZEKERINGSMAATSCHAPPIJ
N.V. a/k/a COMPANIE BELGE D'ASSURANCES
MARITIMES S.A.,

          Defendant.

08 Civ. 2511 (JGK)

**ORDER FOR ISSUANCE OF AN AMENDED WRIT OF ATTACHMENT AND GARNISHMENT**

---

    **UPON** reading the Amended Verified Complaint for issuance of process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the affidavits and papers submitted in support thereof, and the Court finding that the conditions for an action under Supplemental Rule B appear to exist;

    **NOW**, upon motion of Holland & Knight LLP, attorneys for Plaintiff, it is hereby

**ORDERED** that the Clerk shall issue process of attachment and garnishment pursuant to Supplemental Rule B as prayed for in the Amended Verified Complaint in the amount of $1,388,531.96 against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by, being held for or on behalf of, or being transferred for the benefit of Nateus Verzekeringen f/k/a Belgamar Belgische Zeeverzekeringsmaatschappij N.V. a/k/a Companie Belge D'Assurances Maritimes S.A., by any garnishee within this district, including, *inter alia*, funds or accounts held in the name(s) of Nateus Verzekeringen and/or Belgamar Belgische Zeeverzekeringsmaatschappij N.V. and/or Companie Belge D'Assurances Maritimes S.A. with the following financial institutions:

    Bank of America, N.A.
    Bank of China
    The Bank of New York
    Citibank, N.A.
    Deutsche Bank Trust Company Americas
    HSBC Bank USA, N.A.
    JPMorgan Chase Bank, N.A.
    UBS AG
    Wachovia Bank, N.A.
    Société Générale
    Standard Chartered Bank
    BNP Paribas
    Calyon Investment Bank
    American Express Bank
    Commerzbank
    ABN Amro Bank

Bank Leumi USA

Banco Popular

and it is further

**ORDERED** that said Order will be equally applicable to any other garnishees upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to and including $1,388,531.96, pursuant to Supplemental Rule B; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to this Order and the process of maritime attachment and garnishment shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing this Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service upon any garnishee by the United States Marshal or any other person designated or authorized by Order to make service in this action, subsequent or supplemental service of Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served; and it is further

**ORDERED** that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made

commencing from the time of such service through the opening of garnishee's business the next business day; and it is further

**ORDERED** that a copy of this order be attached to and served with the said process of maritime attachment and garnishment, and ~~it is further~~

**ORDERED** pursuant to Rule 4(c)(1) of ~~the~~ Federal Rules of Civil Procedure that the writs of attachment and garnishment may be served by any person, who is not less than 18 years old, and who is not a party to ~~this~~ action.

Dated: New York, New York
     May 2, 2008

                        SO ORDERED

                        _____
                                 U.S.D.J.

# 5240256_v1