CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TASFIYE HALINDE AHU TRANS DENIZCILIK :
VE TICARET LIMITED SIRKETI, :
:
                     Plaintiff, :        08-CV-2511
:
           v. :        **NOTICE OF**
:        **APPEARANCE**
NATEUS VERZEKERINGEN f/k/a BELGAMAR :
BELGISCHE :
ZEEVERZEKERINGSMAATSCHAPPIJ N.V. :
a/k/a COMPANIE BELGE D'ASSURANCES :
MARITIMES S.A., :
                     Defendants. :
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       May 28, 2008

                                   CLARK, ATCHESON & REISERT
                                   Attorneys for Garnishee
                                   Societe Generale New York Branch

          By:                   /s/ Richard J. Reisert
                                   Richard J. Reisert (RR-7118)
                                   7800 River Road
                                   North Bergen, NJ 07047
                                   Tel: (201) 537-1200
                                   Fax: (201) 537-1201
                                   Email: reisert@navlaw.com