Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
TASFIYE HALINDE AHU TRANS DENIZCILIK
VE TICARET LIMITED SIRKETI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TASFIYE HALINDE AHU TRANS DENIZCILIK VE TICARET LIMITED SIRKETI,

    Plaintiff,

-against-

NATEUS VERZEKERINGEN a/k/a NATEUS NV a/k/a NATEUS ASSURANCES a/k/a NATEUS SA f/k/a BELGAMAR BELGISCHE ZEEVERZEKERINGSMAATSCHAPPIJ N.V. a/k/a COMPANIE BELGE D'ASSURANCES MARITIMES S.A.,

    Defendant.

08 Civ. 2511 (JGK)

**AFFIDAVIT IN SUPPORT OF REQUEST FOR AN AMENDED ORDER APPOINTING PERSONS TO <u>SERVE PROCESS</u>**

---

STATE OF NEW YORK  )
         ) ss:
COUNTY OF NEW YORK )

  Michael J. Frevola, being duly sworn, deposes and says:

  1.  I am a member of the firm of Holland & Knight LLP, attorneys for plaintiff Tasfiye Halinde Ahu Trans Denizcilik ve Ticaret Limited Sirketi ("Plaintiff"), and I am duly

admitted to practice before the United States District Court for the Southern District of New York. I am fully familiar with all the facts in the above case.

2. This affidavit is made in support of Plaintiff's application for an amended Order to appoint Elvin Ramos and/or Rudy D. Green and/or Jerome Wills and/or Willis Vargas and/or Rapid and Reliable Attorney Service, individuals or representatives of whom are all over 18 years of age and are not a party to or an attorney in this action, to serve the Second Amended Writ of Attachment and Garnishment and Order for Issuance of a Second Amended Writ of Attachment and Garnishment, Summons, Second Amended Verified Complaint, Affidavit in Support and Interrogatories on the Garnishees.

3. The granting of this request will result in a material savings in process and travel expenses.

**WHEREFORE**, it is respectfully requested that the Order be granted appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, a person from Rapid and Reliable Attorney Service, or any one of them to serve process in this matter upon the above named defendant and the garnishees.

_____
Michael J. Frevola

Sworn to before me this
26th day of June, 2008

_____
Notary Public

WALLIS BETH KARPF
Notary Public, State Of New York
No. 01KA6047092
Qualified In New York County
Commission Expires August 28, 20 10

2