USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06 30 08

Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
TASFIYE HALINDE AHU TRANS DENIZCILIK
VE TICARET LIMITED SIRKETI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TASFIYE HALINDE AHU TRANS DENIZCILIK VE
TICARET LIMITED SIRKETI,

        Plaintiff,

-against-

NATEUS VERZEKERINGEN a/k/a NATEUS NV a/k/a
NATEUS ASSURANCES a/k/a NATEUS SA f/k/a
BELGAMAR BELGISCHE
ZEEVERZEKERINGSMAATSCHAPPIJ N.V. a/k/a
COMPANIE BELGE D'ASSURANCES MARITIMES S.A.,

        Defendant.

08 Civ. 2511 (JGK)

**AMENDED ORDER APPOINTING PERSONS TO SERVE PROCESS**

---

**UPON** application of Plaintiff Tasfiye Halinde Ahu Trans Denizcilik ve Ticaret Limited Sirketi for an amended Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Second Amended Writ of Attachment and Garnishment and Order for Issuance of a Second Amended Writ of Attachment and Garnishment, Summons, Second Amended Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein, and it appearing that Elvin

Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not a party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Second Amended Writ of Attachment and Garnishment and Order for Issuance of a Second Amended Writ of Attachment and Garnishment, Summons, Second Amended Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein.

Dated:   New York, New York
         June 22, 2008

                                        SO ORDERED

                                        _____
                                                     U.S.D.J.

\# 5432937 v1